1  TAMARA SOLOMAN, SBN 183841
   LAW OFFICES OF TAMARA L. SOLOMAN
2  P.O. Box 5482
3  El Dorado Hills, CA 95762
   Telephone:  (916) 712-8962
4  E-Mail:     solomanlaw@yahoo.com
5
   Attorney for Defendant
6  GUILLERMO TOVAR

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>GUILLERMO TOVAR,<br><br>   Defendant. | Case No.: 2:24-CR-0071 DJC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO AMEND SPECIAL**<br>**CONDITONS OF RELEASE** |

**STIPULATION**

In light of Mr. Tovar's current employment and after consultation with the Pretrial Services Officer, the parties stipulate that special condition number 13 of the defendant's special conditions of release be modified to read:

13.   You must not operate smog equipment or perform/certify any smog checks.

- 1 -

|     |                          |                                           |
| --- | ------------------------ | ----------------------------------------- |
| 1   |                          |                                           |
| 2   |                          | Respectfully submitted,                   |
| 3   |                          |                                           |
| 4   | Dated:  April 18, 2024   | /s/ Tamara L. Soloman                     |
| 5   |                          | TAMAR L. SOLOMAN                          |
|     |                          | Attorney for Defendant                    |
| 6   |                          | Guillermo Tovar                           |
| 7   |                          |                                           |
| 8   | Dated: April 18, 2024    | /s/ Shea J. Kenny                         |
|     |                          | SHEA J. KENNY                             |
| 9   |                          | Assistant United States Attorney          |
| 10  |                          | Counsel for Plaintiff                     |

## ORDER

**IT IS SO ORDERED**

Dated: April 19, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE