PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
SHEA J. KENNY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOSSAM HEMDAN, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:24-CR-00071<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 18, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1.　By previous order, this matter was set for status on July 18, 2024.

2.　By this stipulation, defendants now move to continue the status conference until October 17, 2024, at 9:00 a.m., and to exclude time between July 18, 2024, and October 17, 2024, under Local Codes T4 and T2.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　The government has represented that the discovery associated with this case is voluminous and includes over 150 gigabytes of documents, including investigative reports and related documents, as well as materials obtained by well over a hundred subpoenas. The discovery also includes voluminous additional electronic data from email search warrant returns as well as more than 80 electronic devices which have been seized and are in the process of being imaged and reviewed in the course of this investigation. The discovery also includes

numerous boxes of physical materials obtained via premises search warrants, resulting from multiple rounds of physical search warrants.  Thus far, the government has produced approximately 4,819 pages of documents, and is preparing the rest for production beginning upon entry of the below-discussed protective order.

   b) Due to the fact that much of the discovery yet to be produced contains sensitive, confidential, and otherwise privileged information, the parties are in the process of finalizing and plan to file a protective order this week.  The last of the twelve defense attorneys provided consent to sign on to the finalized protective order this week.  Once that protective order is entered, the government will continue to produce discovery to defense counsel on a rolling basis.  Further, the electronic devices will be made available to defense counsel for inspection.

   c) Counsel for the defendants desire additional time consult with their clients, review the voluminous discovery and copy discovery where possible, review the current charges, conduct investigation and research related to the charges, discuss potential resolutions with their clients and the government, and to otherwise prepare for trial.

   d) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) In addition, this matter has been designated a complex case.  At each of the defendant's arraignments, the Magistrate Judges found that time should also be excluded on the basis that this matter is a complex case.  *See* ECF 23, 42, 48, and 56.  In so finding, the magistrates recognized facts including that this matter involves twelve defendants in three different judicial districts, complex issues of law and fact, and voluminous discovery including from over eighty electronic devices.  Indeed, the Indictment alleges a complicated conspiracy concerning various iterations of the technologically sophisticated OBDNator line of smog cheating devices and accompanying software, beginning as early as 2015 and involving each of the twelve named defendants as well as unnamed coconspirators.  Further, much of the physical discovery is located at the FBI offices in the Eastern District of California.  Counsel for the defendants will need to travel to the FBI offices in Roseville, California, in order to review this

discovery. Many of the electronic devices are at various EPA forensic laboratories. Counsel for defendants agree that, due to the complexity of the case, it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 18, 2024 to October 17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

i) In addition, the parties agree that this case is unusual and complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). Due to the nature and volume of the evidence and legal and factual issues in play, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. For that separate and additional reason, the time period of July 18, 2024 to October 17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2].

///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 9, 2024                                       PHILLIP A. TALBERT
                                                          United States Attorney

                                                          */s/ Katherine T. Lydon*
                                                          KATHERINE T. LYDON
                                                          SHEA J. KENNY
                                                          Assistant United States Attorneys

Dated: July 9, 2024                                       */s/ Ronald Daniel Hedding*
                                                          RONALD DANIEL HEDDING
                                                          Counsel for Defendant
                                                          Hossam Hemdan

Dated: July 9, 2024                                       */s/ Douglas J. Beevers*
                                                          DOUGLAS J. BEEVERS
                                                          Counsel for Defendant
                                                          Javier Salguero

Dated: July 9, 2024                                       */s/ Jennifer Mouzis*
                                                          JENNIFER MOUZIS
                                                          Counsel for Defendant
                                                          Yehia Harb

Dated: July 9, 2024                                       */s/ Robin R. Scroggie*
                                                          ROBIN R. SCROGGIE
                                                          Counsel for Defendant
                                                          Oscar Gomez

Dated: July 9, 2024                                       */s/ Tamara L. Soloman*
                                                          TAMARA L. SOLOMAN
                                                          Counsel for Defendant
                                                          Guillermo Tovar

Dated: July 9, 2024          */s/ William F. Portanova*
WILLIAM F. PORTANOVA
Counsel for Defendant
Arwa Harb

Dated: July 9, 2024          */s/ Randy Sue Pollock*
RANDY SUE POLLOCK
Counsel for Defendant
Nas Meshal

Dated: July 9, 2024          */s/ Candice L. Fields*
CANDICE L. FIELDS
Counsel for Defendant
Khaled Hamdan

Dated: July 9, 2024          */s/ Neat Allen Sawyer*
NEAT ALLEN SAWYER
Counsel for Defendant
Minh Truong

Dated: July 9, 2024          */s/ Jay Rorty*
JAY RORTY
Counsel for Defendant
Thong Truong

Dated: July 9, 2024          */s/ Christopher R. Cosca*
CHRISTOPHER R. COSCA
Counsel for Defendant
Jeremy Earls

Dated: July 9, 2024          */s/ Mark J. Reichel*
MARK J. REICHEL
Counsel for Defendant
Michael Nguyen

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

IT IS SO FOUND AND ORDERED this 10th day of July, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE