PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
SHEA J. KENNY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOSSAM HEMDAN, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:24-CR-00071<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 17, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |
|---|---|

**STIPULATION**

1.　By previous order, this matter was set for status on October 17, 2024.

2.　By this stipulation, defendants now move to continue the status conference until January 16, 2025, at 9:00 a.m., and to exclude time between October 17, 2024, and January 16, 2025, under Local Codes T4 and T2.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　The government has represented that the discovery associated with this case is voluminous and includes over 150 gigabytes of documents, including investigative reports and related documents, as well as materials obtained by well over a hundred subpoenas. The discovery also includes voluminous additional electronic data from email search warrant returns as well as more than 120 electronic devices which have been seized and are in the process of being imaged and reviewed in the course of this investigation. The discovery also includes

numerous boxes of physical materials obtained via premises search warrants, resulting from multiple rounds of physical search warrants. Thus far, the government has produced approximately 130,238 pages of documents, and is preparing additional discovery for production. Approximately 368 pages of this discovery has been produced pursuant to the parties' Stipulated Protective Order. The government is preparing additional discovery for production, which will continue to be produced on a rolling basis.

      b) In addition to the documentary discovery, the government is in possession of approximately 120 electronic devices which have been obtained in the course of this investigation. These devices have been, or are in the process of being, imaged. The government has made the imaged devices available to defense counsel for inspection upon request.

      c) Counsel for the defendants desire additional time to consult with their clients, review the voluminous discovery and copy discovery where possible, review the current charges, conduct investigation and research related to the charges, discuss potential resolutions with their clients and the government, and to otherwise prepare for trial.

      d) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e) In addition, this matter has been designated a complex case. At each of the defendant's arraignments, the Magistrate Judges found that time should also be excluded on the basis that this matter is a complex case. *See* ECF 23, 42, 48, and 56. In so finding, the magistrates recognized facts including that this matter involves twelve defendants in three different judicial districts, complex issues of law and fact, and voluminous discovery including from over eighty electronic devices. Indeed, the Indictment alleges a complicated conspiracy concerning various iterations of the technologically sophisticated OBDNator line of smog cheating devices and accompanying software, beginning as early as 2015 and involving each of the twelve named defendants as well as unnamed coconspirators. Further, much of the physical discovery is located at the FBI offices in the Eastern District of California. Counsel for the defendants will need to travel to the FBI offices in Roseville, California, in order to review this

discovery. Many of the electronic devices are at various EPA forensic laboratories. Counsel for defendants agree that, due to the complexity of the case, it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.

   f)  The government does not object to the continuance.

   g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 17, 2024 to January 16, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   i)  In addition, the parties agree that this case is unusual and complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). Due to the nature and volume of the evidence and legal and factual issues in play, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. For that separate and additional reason, the time period of October 17, 2024 to January 16, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2].

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 11, 2024        PHILLIP A. TALBERT
                                United States Attorney

                                */s/ Katherine T. Lydon*
                                KATHERINE T. LYDON
                                SHEA J. KENNY
                                Assistant United States Attorneys

Dated:  October 11, 2024        */s/ Ronald Daniel Hedding*
                                RONALD DANIEL HEDDING
                                Counsel for Defendant
                                Hossam Hemdan

Dated:  October 11, 2024        */s/ Douglas J. Beevers*
                                DOUGLAS J. BEEVERS
                                Counsel for Defendant
                                Javier Salguero

Dated:  October 11, 2024        */s/ Jennifer Mouzis*
                                JENNIFER MOUZIS
                                Counsel for Defendant
                                Yehia Harb

Dated:  October 11, 2024        */s/ Robin R. Scroggie*
                                ROBIN R. SCROGGIE
                                Counsel for Defendant
                                Oscar Gomez

Dated:  October 11, 2024        */s/ Tamara L. Soloman*
                                TAMARA L. SOLOMAN
                                Counsel for Defendant
                                Guillermo Tovar

Dated: October 11, 2024          /s/ William F. Portanova
                                 WILLIAM F. PORTANOVA
                                 Counsel for Defendant
                                 Arwa Harb

Dated: October 11, 2024          /s/ Randy Sue Pollock
                                 RANDY SUE POLLOCK
                                 Counsel for Defendant
                                 Nas Meshal

Dated: October 11, 2024          /s/ Candice L. Fields
                                 CANDICE L. FIELDS
                                 Counsel for Defendant
                                 Khaled Hamdan

Dated: October 11, 2024          /s/ Neat Allen Sawyer
                                 NEAT ALLEN SAWYER
                                 Counsel for Defendant
                                 Minh Truong

Dated: October 11, 2024          /s/ Jay Rorty
                                 JAY RORTY
                                 Counsel for Defendant
                                 Thong Truong

Dated: October 11, 2024          /s/ Christopher Cosca
                                 CHRISTOPHER R. COSCA
                                 Counsel for Defendant
                                 Jeremy Earls

Dated: October 11, 2024          /s/ Mark J. Reichel
                                 MARK J. REICHEL
                                 Counsel for Defendant
                                 Michael Nguyen

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

IT IS SO FOUND AND ORDERED this 15th day of October, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE