1  TAMARA SOLOMAN
2  LAW OFFICES OF TAMARA L. SOLOMAN
   901 H Street, Suite 400
3  Sacramento, CA 95814
   Phone: (916) 712-8962
4  E-Mail: solomanlaw1@gmail.com
5
6  Attorney for Defendant
   GUILLERMO TOVAR
7

# UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUILLERMO TOVAR,<br><br>　　　　　Defendant. | Case No.:   2:24-cr-00071 DJC<br><br>**STIPULATION AND ORDER TO MODIFY SPECIAL CONDITION OF RELEASE** |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney KENNY SHEA, counsel for plaintiff, and TAMARA SOLOMAN, counsel for GUILLERMO TOVAR, that the appearance bond be modified with regard to Special Condition of Release number 5. The modification would read "You must restrict your travel to the Eastern District of California (for court purposes only) and the Southern and Central Districts of California unless otherwise approved in advance by the pretrial

- 1 -

services officer." This request is being made after consultation with Pretrial Services and the Government.

It should be noted, there are no sureties and/or third-party custodians to notify of this modified condition.

All previously imposed conditions of released remain in full force and effect.

Respectfully submitted,

Dated:  May 14, 2025         /s/ Tamara Soloman
                             TAMARA SOLOMAN
                             Attorney for Defendant
                             Guillermo Tovar

Dated:  May 14, 2025         /s/ Shea Kenny
                             SHEA KENNY
                             Assistant United States Attorney
                             Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: May 16, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

**AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Tovar, Guillermo
No.: 2:24-CR-00071-5
Date: May 13, 2025

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. ***You must restrict your travel to the Eastern District of California (for court purposes only) and the Southern and Central Districts of California unless otherwise approved in advance by the pretrial services officer;***

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You must refrain from excessive use of alcohol;

10. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

11. You must not associate or have any contact with codefendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

12. You must report any contact with law enforcement to your pretrial services officer within 24 hours; and,

13. You must not operate smog equipment, perform/certify any smog checks.