ERIC GRANT
United States Attorney
KATHERINE T. LYDON
SHEA J. KENNY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>HOSSAM HEMDAN, et al.,<br><br>                              Defendants. | CASE NO.  2:24-CR-00071<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 4, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1.     By previous order, this matter was set for status on September 4, 2025.

2.     By this stipulation, defendants now move to continue the status conference until December 4, 2025, at 9:00 a.m., and to exclude time between September 4, 2025, and December 4, 2025, under Local Codes T4 and T2.

3.     The parties agree and stipulate, and request that the Court find the following:

        a)     The discovery associated with this case is voluminous and includes over 150 gigabytes of documents, including investigative reports and related documents, as well as materials obtained by well over a hundred subpoenas.  The discovery also includes voluminous additional electronic data from email search warrant returns as well as more than 120 electronic devices which have been seized, imaged, and made available to the defendants.  The discovery also includes numerous boxes of physical materials obtained via premises search warrants,

resulting from multiple rounds of physical search warrants which has been made available. Thus far, the government has produced approximately 183,788 pages of documents. Certain of this discovery has been produced pursuant to the parties' Stipulated Protective Order. The government has made available all of the accessible images of electronic devices, and for ease of defense counsel review has provided copies of reports generated from agents' review of some such devices.

b) Counsel for the defendants desire additional time to consult with their clients, review the voluminous discovery and copy discovery where possible, review the current charges, conduct investigation and research related to the charges, discuss potential resolutions with their clients and the government, and to otherwise prepare for trial. Certain of the defense counsel have recently substituted in, including counsel for Yehia Harb and Hossam Hemdan, and those attorneys require time to review and prepare to ensure smooth continuity of counsel.

c) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) In addition, this matter has been designated a complex case. At each of the defendant's arraignments, the Magistrate Judges found that time should also be excluded on the basis that this matter is a complex case. *See* ECF 23, 42, 48, and 56. In so finding, the magistrates recognized facts including that this matter involves twelve defendants in three different judicial districts, complex issues of law and fact, and voluminous discovery including from over eighty electronic devices. Indeed, the Indictment alleges a complicated conspiracy concerning various iterations of the technologically sophisticated OBDNator line of smog cheating devices and accompanying software, beginning as early as 2015 and involving each of the twelve named defendants as well as unnamed coconspirators. Further, much of the physical discovery is located at the FBI offices in the Eastern District of California. Counsel for the defendants will need to travel to the FBI offices in Roseville, California, in order to review this discovery. Many of the electronic devices are at various EPA forensic laboratories. Counsel for defendants agree that, due to the complexity of the case, it is unreasonable to expect adequate

preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.

e)    The government does not object to the continuance.

f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 4, 2025 to December 4, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

h)    In addition, the parties agree that this case is unusual and complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).  Due to the nature and volume of the evidence and legal and factual issues in play, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.  For that separate and additional reason, the time period of September 4, 2025 to December 4, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2].

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4        IT IS SO STIPULATED.

5

6

7    Dated:  August 28, 2025                    ERIC GRANT
                                                United States Attorney

8

9                                               /s/ Katherine T. Lydon
                                                KATHERINE T. LYDON
10                                              SHEA J. KENNY
                                                Assistant United States Attorneys

11

12   Dated:  August 28, 2025                    /s/ Marvin E. Vallejo
                                                MARVIN E. VALLEJO
13                                              Counsel for Defendant
                                                Hossam Hemdan

14

15   Dated:  August 28, 2025                    /s/ Douglas J. Beevers
                                                DOUGLAS J. BEEVERS
16                                              Counsel for Defendant
                                                Javier Salguero
17

18   Dated:  August 28, 2025                    /s/ Danica Mazenko
                                                Danica Mazenko
19                                              Counsel for Defendant
                                                Yehia Harb
20

21   Dated:  August 28, 2025                    /s/ Robin R. Scroggie
                                                ROBIN R. SCROGGIE
22                                              Counsel for Defendant
                                                Oscar Gomez
23

24   Dated:  August 28, 2025                    /s/ Tamara L. Soloman
                                                TAMARA L. SOLOMAN
25                                              Counsel for Defendant
                                                Guillermo Tovar
26

27

28

STIPULATION REGARDING EXCLUDABLE TIME          4
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  August 28, 2025

/s/ William F. Portanova
WILLIAM F. PORTANOVA
Counsel for Defendant
Arwa Harb

Dated:  August 28, 2025

/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Counsel for Defendant
Nas Meshal

Dated:  August 28, 2025

/s/ Candice L. Fields
CANDICE L. FIELDS
Counsel for Defendant
Khaled Hamdan

Dated:  August 28, 2025

/s/ Neat Allen Sawyer
NEAT ALLEN SAWYER
Counsel for Defendant
Minh Truong

Dated:  August 28, 2025

/s/ Jay Rorty
JAY RORTY
Counsel for Defendant
Thong Truong

Dated:  August 28, 2025

/s/ Christopher Cosca
CHRISTOPHER R. COSCA
Counsel for Defendant
Jeremy Earls

Dated:  August 28, 2025

/s/ Mark J. Reichel
MARK J. REICHEL
Counsel for Defendant
Michael Nguyen

**ORDER**

IT IS SO FOUND AND ORDERED this 29th day of August, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE