DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Defendant Yehia Harb

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HOSSAM HEMDAN, et al.,

Defendants.

**Case No.: 2:24-cr-00071-DJC**

**STIPULATION AND ORDER TO MODIFY EXPERT DISCLOSURE DEADLINE AS TO THE GOVERNMENT AND ALL DEFENDANTS**

COURT: Hon. Daniel J. Calabretta

Plaintiff United States of America, by and through its counsel of record, and defendants Hossam Hemdan, Javier Salguero, Yehia Harb, Oscar Gomez, Guillermo Tovar, Arwa Harb, Nas Meshal, Khaled Hamdan, Minh Truong, Thong Truong, Jeremy Earls, and Michael Nguyen, each by and through their respective undersigned counsel, hereby stipulate as follows:

1. The Court's Scheduling Order [ECF 195] set December 3, 2026, as the deadline for (a) the government's expert witness disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), and (b) defendants' expert witness disclosures pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C).

2. Defendants Hossam Hemdan, Javier Salguero, Yehia Harb, Oscar Gomez, Guillermo Tovar, Arwa Harb, Khaled Hamdan and Jeremy Earls are working to retain an automotive

engineering expert using a combination of CJA funding and private funding. Securing the funding has been cumbersome. Moreover, the proposed expert requires additional time to complete his review of the discovery and device(s) at issue before finalizing his opinions. Counsel for the parties have conferred, and no party objects to a brief, uniform extension of the reciprocal expert disclosure deadline applicable to the government and to all defendants.

3. The parties have met and conferred and agree that good cause exists to extend the reciprocal expert witness disclosure deadline, as to both the government and all defendants, by one week, from December 3, 2026, to December 10, 2026.

4. This stipulation affects only the expert witness disclosure deadlines described above. It does not affect any other date or deadline set by the Court's Scheduling Order, including the trial date.

IT IS SO STIPULATED.

DATED: November 24, 2026

*/s/ Katherine Lydon*
KATHERINE LYDON
Assistant United States Attorney
Attorney for Plaintiff United States of America

*/s/ Danica Mazenko*
DANICA MAZENKO
Attorney for Defendant Yehia Harb

*/s/ Marvin Vallejo*
MARVIN E. VALLEJO
Attorney for Defendant Hossam Hemdan

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Attorney for Defendant Javier Salguero

*/s/ Robin R. Scroggie*
ROBIN R. SCROGGIE
Attorney for Defendant Oscar Gomez

*/s/ Tamara Solomon*
TAMARA SOLOMON
Attorney for Defendant Guillermo Tovar

*/s/ William J. Portanova*
WILLIAM J. PORTANOVA
Attorney for Defendant Arwa Harb

*/s/ Damon Alimouri*
DAMON ALIMOURI
Attorney for Defendant Nas Meshal

*/s/ Candice L. Fields*
CANDICE L. FIELDS
Attorney for Defendant Khaled Hamdan

*/s/ N. Allen Sawyer*
N. ALLEN SAWYER
Attorney for Defendant Minh Truong

*/s/ Karen McConville*
KAREN MCCONVILLE
Attorney for Defendant Thong Truong

*/s/ Chris Cosca*
CHRIS COSCA
Attorney for Defendant Jeremy Earls

*/s/ Mark Reichel*
MARK REICHEL
Attorney for Defendant Michael Nguyen

**ORDER**

Based on the stipulation of the parties, and good cause appearing, IT IS SO ORDERED that the deadline for (a) the government's expert witness disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), and (b) all defendants' expert witness disclosures pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), is extended from December 3, 2026, to December 10, 2026. All other dates and deadlines set by the Court's Scheduling Order [ECF 195], including the trial date, remain unchanged.

IT IS SO ORDERED.

Dated: November 25, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE